B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>District of South Carolina | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**City Loft Hotel, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-2597626** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**301 Carteret Street**<br>**Beaufort, SC**<br>ZIP Code **29902** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Beaufort** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                    **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **City Loft Hotel, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                      **Page 3**

| Voluntary Petition | Name of Debtor(s):<br>**City Loft Hotel, LLC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

<b>Signatures</b>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
  Signature of Debtor

**X** _____
  Signature of Joint Debtor

_____
  Telephone Number (If not represented by attorney)

_____
  Date

### Signature of Attorney*

**X** **/s/ Robert G. Sable** _____
  Signature of Attorney for Debtor(s)

  **Robert G. Sable** _____
  Printed Name of Attorney for Debtor(s)

  **Law Office of Michael W. Mogil, P.A.** _____
  Firm Name

  **2 Corpus Christie Place, Suite 303**
  **Hilton Head Island, SC 29928**

_____
  Address

           **Email: mmogil@mogillaw.com**
  **(843) 785-8110  Fax: (843) 785-9676**
  Telephone Number

  **September 30, 2011**
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Matthew S. McAlhaney** _____
  Signature of Authorized Individual

  **Matthew S. McAlhaney** _____
  Printed Name of Authorized Individual

  **President** _____
  Title of Authorized Individual

  **September 30, 2011**
  Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
  Signature of Foreign Representative

_____
  Printed Name of Foreign Representative

_____
  Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
  Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
  Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
  Address

**X** _____

_____
  Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of South Carolina

In re   **City Loft Hotel, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) _Name of creditor and complete mailing address including zip code_ | (2) _Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3) _Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4) _Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5) _Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
| **Bank of the Ozarks 17901 Chenal Parkway Little Rock, AR 72223-8811** | **Bank of the Ozarks 17901 Chenal Parkway Little Rock, AR 72223-8811** | **301 Carteret Street Beaufort, SC** | | **4,195,046.60 (2,500,000.00 secured)** |
| **John Hunter, TBM, LLC  and H. Richard Hiller, Jr. 2660 Peachtree Rd, NW Atlanta, GA 30305** | **John Hunter, TBM, LLC  and H. Richard Hiller, Jr. 2660 Peachtree Rd, NW Atlanta, GA 30305** | **301 Carteret Street Beaufort, SC** | | **500,000.00** |
| **Hank, Inc 222 Lytle Street Greer, SC 29650** | **Hank, Inc 222 Lytle Street Greer, SC 29650** | **301 Carteret Street Beaufort, SC** | | **420,564.80** |
| **Lewis H. Wright, Ron Lewis, Permider Bindra, John Hunter, Thomas Dannemiller and Richard Hiller, Jr, 418 Broad River Drive Beaufort, SC 29906** | **Lewis H. Wright, Ron Lewis, Permider Bindra, John Hunter, Thomas Dannemiller and Richard Hiller, Jr, Beaufort, SC 29906** | **301 Carteret Street Beaufort, SC** | | **250,000.00** |
| **Matthew S. McAlhaney 502 Craven Street Beaufort, SC 29902** | **Matthew S. McAlhaney 502 Craven Street Beaufort, SC 29902** | **Money loaned** | | **100,000.00** |
| **Fripp Consulting, LLC 290 Vanilla Lane Ellijay, GA 30536** | **Fripp Consulting, LLC 290 Vanilla Lane Ellijay, GA 30536** | **Money loaned** | | **60,250.00** |
| **Thomas Caskey 6402 Velmont Street Houston, TX 77005** | **Thomas Caskey 6402 Velmont Street Houston, TX 77005** | **Money loaned** | | **21,000.00** |
| **Lewis Wright 418 Broad River Road Beaufort, SC 29906** | **Lewis Wright 418 Broad River Road Beaufort, SC 29906** | **Money loaned** | | **13,805.40** |
| **Nexsen Pruet P.O. Box 23526 Hilton Head Island, SC 29925** | **Nexsen Pruet P.O. Box 23526 Hilton Head Island, SC 29925** | **Trade debt** | | **11,800.79** |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                                 Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re   **City Loft Hotel, LLC**
                                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ann Bulock**<br>**142 E Elliot Street**<br>**Beaufort, SC 29902** | **Ann Bulock**<br>**142 E Elliot Street**<br>**Beaufort, SC 29902** | **Money loaned** | | **7,707.89** |
| **Shannon Lindsay**<br>**28 Sheffield Avenue**<br>**Beaufort, SC 29902** | **Shannon Lindsay**<br>**28 Sheffield Avenue**<br>**Beaufort, SC 29902** | **Money loaned** | | **7,204.46** |
| **Bonnie Krstolic**<br>**7 Newpoint Road**<br>**Ladys Island, SC 29907** | **Bonnie Krstolic**<br>**7 Newpoint Road**<br>**Ladys Island, SC 29907** | **Money loaned** | | **6,358.67** |
| **Barbara Mcdermant**<br>**1975 Spanish Point Drive**<br>**Beaufort, SC 29902** | **Barbara Mcdermant**<br>**1975 Spanish Point Drive**<br>**Beaufort, SC 29902** | **Money loaned** | | **5,487.60** |
| **Ron Lewis**<br>**4 South Point Trail**<br>**Ladys Island, SC 29907** | **Ron Lewis**<br>**4 South Point Trail**<br>**Ladys Island, SC 29907** | **Money loaned** | | **5,475.90** |
| **Gale Seashore**<br>**1013 Ninth Street**<br>**Port Royal, SC 29935** | **Gale Seashore**<br>**1013 Ninth Street**<br>**Port Royal, SC 29935** | **Money loaned** | | **5,337.64** |
| **TBM, LLC**<br>**c/o Thomas Dannemiller**<br>**13645 Freemanville Road**<br>**Alpharetta, GA 30004** | **TBM, LLC**<br>**c/o Thomas Dannemiller**<br>**13645 Freemanville Road**<br>**Alpharetta, GA 30004** | **Money loaned** | | **5,135.92** |
| **John Hunter**<br>**2660 Peachtree Road NW**<br>**Atlanta, GA 30305** | **John Hunter**<br>**2660 Peachtree Road NW**<br>**Atlanta, GA 30305** | **Money loaned** | | **5,135.92** |
| **Dale Friedman**<br>**503 Craven Street**<br>**Beaufort, SC 29902** | **Dale Friedman**<br>**503 Craven Street**<br>**Beaufort, SC 29902** | **Money loaned** | | **3,546.34** |
| **Michael McAlhaney**<br>**525 East 11th Street, Ste 54C**<br>**New York, NY 10009** | **Michael McAlhaney**<br>**525 East 11th Street, Ste 54C**<br>**New York, NY 10009** | **Money loaned** | | **3,061.18** |
| **Sean Allen**<br>**525 East 11th street, Ste 5C**<br>**New York, NY 10009** | **Sean Allen**<br>**525 East 11th street, Ste 5C**<br>**New York, NY 10009** | **Money loaned** | | **3,061.18** |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re    **City Loft Hotel, LLC**                                          Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I
have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **09/30/2011**                          Signature   **/s/ Matthew S. McAlhaney**
                                                           **Matthew S. McAlhaney**
                                                           **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
## District of South Carolina

In re   **City Loft Hotel, LLC**                                       Case No. _____

                                          Debtor(s)      Chapter    **11**    _____

## CERTIFICATION VERIFYING CREDITOR MATRIX

      The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

      Master mailing list of creditors submitted via:

        (a)      _____    computer diskette

        (b)      _____    scannable hard copy
(number of sheets submitted _____ )

        (c)      **X**   electronic version filed via CM/ECF

Date:   **September 30, 2011** _____      **/s/ Matthew S. McAlhaney** _____

                                          **Matthew S. McAlhaney**/**President**
                                          Signer/Title

Date:   **September 30, 2011** _____      **/s/ Robert G. Sable** _____

                                          Signature of Attorney
                                          **Robert G. Sable**
                                          **Law Office of Michael W. Mogil, P.A.**
                                          **2 Corpus Christie Place, Suite 303**
                                          **Hilton Head Island, SC 29928**
                                          **(843) 785-8110   Fax: (843) 785-9676**
                                          Typed/Printed Name/Address/Telephone

                                          _____
                                          District Court I.D. Number

.

ANN BULOCK
142 E ELLIOT STREET
BEAUFORT SC 29902


BANK OF THE OZARKS
17901 CHENAL PARKWAY
LITTLE ROCK AR 72223-8811


BARBARA MCDERMANT
1975 SPANISH POINT DRIVE
BEAUFORT SC 29902


BEAUFORT COUNTY TREASURER
P.O. DRAWER 487
BEAUFORT SC 29901


BONNIE KRSTOLIC
7 NEWPOINT ROAD
LADYS ISLAND SC 29907


BRENDA PEARCE
1706 RIVERSIDE DRIVE
BEAUFORT SC 29902


CASSY DENTON
P.O. BOX 850
BEAUFORT SC 29901


DALE FRIEDMAN
503 CRAVEN STREET
BEAUFORT SC 29902


FINGER AND FRASER
MICHAEL CERRATI
P.O. BOX 24005
HILTON HEAD ISLAND SC 29925-4005


FRIPP CONSULTING, LLC
290 VANILLA LANE
ELLIJAY GA 30536


GALE SEASHORE
1013 NINTH STREET
PORT ROYAL SC 29935

H. RICHARD HILLER, JR
85 CLIFFCREEK TRACE
ATLANTA GA 30305


H. RICHARD HILLER, JR.
85 CLIFFCREEK TRACE
ATLANTA GA 30305


HANK, INC
222 LYTLE STREET
GREER SC 29650


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


JOHN HUNTER
2660 PEACHTREE ROAD NW
ATLANTA GA 30305


JOHN HUNTER, TBM, LLC  AND
H. RICHARD HILLER, JR.
2660 PEACHTREE RD, NW
ATLANTA GA 30305


LEWIS WRIGHT
418 BROAD RIVER ROAD
BEAUFORT SC 29906


MATTHEW S. MCALHANEY
502 CRAVEN STREET
BEAUFORT SC 29902


MICHAEL MCALHANEY
525 EAST 11TH STREET, STE 54C
NEW YORK NY 10009


NEXSEN PRUET
P.O. BOX 23526
HILTON HEAD ISLAND SC 29925


PERMIDER BINDRA
1 FAIRWAY CLUB DRIVE
SAINT HELENA ISLAND SC 29920

RICHARD HILLER, JR
85 CLIFFCREEK TRACE
ATLANTA GA 30305


RON LEWIS
4 SOUTH POINT TRAIL
LADYS ISLAND SC 29907


RON LEWIS
4 SOUTH POINT TRAIL
BEAUFORT SC 29907


SEAN ALLEN
525 EAST 11TH STREET, STE 5C
NEW YORK NY 10009


SHANNON LINDSAY
28 SHEFFIELD AVENUE
BEAUFORT SC 29902


SOUTH CAROLINA DEPARTMENT OF REVENUE
P.O. BOX 125
COLUMBIA SC 29214-0101


TBM, LLC
C/O THOMAS DANNEMILLER
13645 FREEMANVILLE ROAD
ALPHARETTA GA 30004


THOMAS CASKEY
6402 VELMONT STREET
HOUSTON TX 77005


TMB, LLC
13645 FREEMANVILLE ROAD
ALPHARETTA GA 30004


WHITNEY REITZ DESIGN
2183 HIGHWAY 17N, SUITE 103
MOUNT PLEASANT SC 29466


WOODLANDS BANK
P.O. BOX 930
BLUFFTON SC 29910-0930